IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REGENERON PHARMACEUTICALS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 1:25-cv-00459-MKV |

**STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED SCHEDULE**

WHEREAS, on January 16, 2025, plaintiff Nathan C. Silva filed a shareholder derivative action, captioned *Silva v. Schleifer et al*, Case No. 1:25-cv-00459-MKV (the "*Silva* Action");

WHEREAS, on January 22, 2025, plaintiff Lawrence Hollin filed a shareholder derivative action, captioned *Hollin v. Schleifer et al*, Case No. 1:25-cv-00651-MKV (the "*Hollin* Action" and together with the *Silva* Action, the "Related Derivative Actions");

WHEREAS, on June 3, 2025, the Court consolidated the Related Derivative Actions, thereby forming the above-captioned action (the "Consolidated Derivative Action"), and appointed Plaintiffs' counsel, Rigrodsky Law, P.A. and The Brown Law Firm, P.C., as Co-Lead Counsel in the Consolidated Derivative Action (ECF No. 9);

WHEREAS, on August 6, 2025, a related shareholder derivative action was filed in this District styled, *Taylor* v. *Schleifer, et al.*, Case No. 1:25-cv-06471-UA (S.D.N.Y) (the "*Taylor* Action");

WHEREAS, on August 13, 2025, counsel for plaintiffs in the Consolidated Derivative Action and *Taylor* Action filed a Notice of Related Case and Order Directing Consolidation of the *Taylor* Action into the Consolidated Derivative Action; and

WHEREAS, the parties to the Consolidated Derivative Action respectfully propose to address case scheduling in this action after the *Taylor* Action has been consolidated to ensure that

the case schedule accounts for the related cases that may be part of this Consolidated Derivative Action;

NOW, THEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an order as follows:

1. The parties shall confer and submit a proposed case schedule within 30 days after the *Taylor* Action is consolidated with this Action.

Dated:  August 15, 2025

THE BROWN LAW FIRM, P.C.

By: */s/ Timothy W. Brown*
Timothy W. Brown
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, New York 10017
Tel: (516) 922-5427
tbrown@thebrownlawfirm.net
shashmi@thebrownlawfirm.net

RIGRODSKY LAW, P.A.

By: */s/ Timothy J. MacFall*
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300
Garden City, New York 11530
Tel: (516) 683-3516
tjm@rl-legal.com
sa@rl-legal.com

*Co-Lead Counsel for Plaintiffs*

<table>
<tr><td>

OF COUNSEL:

Matthew D. Stachel (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1313 North Market Street, Suite 806
Phone: (302) 655-4410
Fax: (302) 655-4420
mstachel@paulweiss.com

</td><td>

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

By:   */s/ H. Christopher Boehning*
     H. Christopher Boehning
     Audra J. Soloway
     1285 Avenue of the Americas
     New York, NY 10019-6064
     Phone: (212) 373-3000
     Fax: (212) 757-3990
     cboehning@paulweiss.com
     asoloway@paulweiss.com

*Attorneys for the Individual Defendants and Nominal Defendant*

</td></tr>
</table>

SO ORDERED

DATED:_____    _____
                                                                      The Honorable Mary Kay Vyskocil
                                                                       United States District Judge