UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED:  4/24/26             │
└─────────────────────────────────┘
```

IN RE REGENERON
PHARMACEUTICALS, INC.
DERIVATIVE LITIGATION

No. 25-cv-459 (MKV)

ORDER CONSOLIDATING
RELATED DERIVATIVE ACTIONS

BRUCE TAYLOR, *Derivatively on Behalf of Regeneron Pharmaceuticals, Inc.*,

Plaintiff,

-v-

LEONARD S. SCHLEIFER et al.,

Defendants.

No. 25-cv-6471 (MKV)

MARY KAY VYSKOCIL, District Judge:

After a long delay caused by a clerical error, the Court accepted the above-captioned action *Taylor v. Schleifer et al.*, 25-cv-6471 (the "*Taylor* Action") as related to a consolidated shareholder derivative action, *In re Regeneron Pharmaceuticals, Inc. Derivative Litigation*, 25-cv-459 (the "Consolidated Derivative Action"). In a previously-filed Stipulation and Proposed Order, the parties to the *Taylor* Action stipulated that it should be "consolidated for all purposes, including pre-trial proceedings and trial," with the Consolidated Derivative Action [ECF No. 13 at 3]. For substantially the reasons set forth in the parties' Stipulation and Proposed Order, IT IS HEREBY ORDERED that in *Taylor v. Schleifer et al.*, 25-cv-6471, is consolidated for all purposes with *In re Regeneron Pharmaceuticals, Inc. Derivative Litigation*, 25-cv-459.

1

2

The Clerk of Court respectfully is requested to close member case *Taylor v. Schleifer et al.*, 25-cv-6471.

**SO ORDERED.**

**Date:  April 24, 2026**                                        MARY KAY VYSKOCIL
           **New York, NY**                                     **United States District Judge**

2